THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| STEVEN HOLLOWAY,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERV. et al.,<br><br>    Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 4:23-CV-96-DN<br><br>District Judge David Nuffer |

  Plaintiff, Steven Holloway, a Utah inmate, filed a *pro se* civil-rights complaint. *See* 42 U.S.C.S. § 1983 (2023). Because Plaintiff had, three or more prior times while incarcerated, filed an action dismissed as "frivolous or malicious or fail[ing] to state a claim upon which relief may be granted," 28 *id.* § 1915(g), the Court concluded that Plaintiff could not proceed *in forma pauperis* but must pay his entire $350 filing fee up front. (ECF No. 9 (Jan. 16, 2024).) The Court warned that Plaintiff's action would be dismissed unless he paid the full filing fee within thirty days. Plaintiff has not since paid the filing fee, nor has the Court heard from him.

  Based on Plaintiff's failure to pay the full filing fee, **IT IS ORDERED** that this action is **DISMISSED** without prejudice.

  DATED this 26th day of February, 2024.

      BY THE COURT:

      _____
      DAVID NUFFER
      United States District Judge